## 38976. NeSMITH v. THE STATE.

FRANKUM, Judge. J. L. NeSmith was convicted of taking indecent liberties with a female child ten years of age. His motion for a new trial, consisting of the usual general grounds, was denied, and he excepts to that judgment.

The evidence supports the verdict.

*Judgment affirmed. Townsend, P. J., and Jordan, J., concur.*

DECIDED SEPTEMBER 6, 1961—REHEARING DENIED
SEPTEMBER 28, 1961.

*H. Alonzo Woods,* for plaintiff in error.

*William M. West, Solicitor-General, Jack J. Gautier, Assistant Solicitor-General,* contra.